IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 9 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: ENRON CORPORATION,<br><br>Debtor,<br><br>OFFICIAL EMPLOYMENT-RELATED ISSUES COMMITTEE OF ENRON CORP.<br><br>VS.<br><br>KELLY H. BOOTS, et al.,<br><br>Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. H-04-4426<br>Adversary Proc. No. 03-4181 |

---

| | | |
|---|---|---|
| IN RE: ENRON CORPORATION,<br><br>Debtor,<br><br>OFFICIAL EMPLOYMENT-RELATED ISSUES COMMITTEE OF ENRON CORP.<br><br>VS.<br><br>JOHN D. ARNOLD, et al.,<br><br>Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. H-04-4427<br>Adversary Proc. No. 03-3522 |

---

| | | |
|---|---|---|
| IN RE: ENRON CORPORATION,<br><br>Debtor,<br><br>OFFICIAL EMPLOYMENT-RELATED ISSUES COMMITTEE OF ENRON CORP.<br><br>VS.<br><br>JEFFREY McMAHON,<br><br>Defendant | § § § § § § § § § § § § | CIVIL ACTION NO. H-04-4428<br>Adversary Proc. No. 03-3598 |

---

| | | |
|---|---|---|
| IN RE: ENRON CORPORATION,<br><br>Debtor,<br><br>OFFICIAL EMPLOYMENT-RELATED ISSUES COMMITTEE OF ENRON CORP.<br><br>VS.<br><br>JOHN J. LAVORATO,<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-4429<br>Adversary Proc. No.03-3721 |

| | | |
|---|---|---|
| IN RE: ENRON CORPORATION,<br><br>Debtor,<br><br>OFFICIAL EMPLOYMENT-RELATED ISSUES COMMITTEE OF ENRON CORP.<br><br>VS.<br><br>JAMES B. FALLON, ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-4430<br>Adversary Proc. No. 03-3496 |

## ORDER OF SECOND REFERRAL

On November 17, 2004 the undersigned judge withdrew the reference of the above referenced adversary proceedings from the United States Bankruptcy Court for the Southern District of Texas, specifically from the Honorable Steven A. Felsenthal, Chief United States Bankruptcy Judge. Now pending as instrument #3 each of two of the actions, H-04-4427 and H-04-4429, are motions for reconsideration filed by Defendants John D. Arnold, Sandra Brawner, Michael J. Maggi, Robert Badeer, Robert Benson, Mark D.

Davis, Kevin Presto, Fletcher Sturm, Michael Swerzbin, Matthew Motley, and the GWS Defendants.

After reviewing the record, the Court concludes that Chief Judge Felsenthal is correct that Plaintiff the Official Employee-Related Committee of Enron Corporation is not entitled to a jury trial. Accordingly, the Court

ORDERS that the motions to reconsider are GRANTED and that all five actions are again REFERRED to the Honorable Steven A. Felsenthal, Chief Judge of the United States Bankruptcy Court for the Southern District of Texas.

**SIGNED** at Houston, Texas, this 8th day of February, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE